UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| TIO DINERO SESSOMS, | No. 3:13-CV-0714 WHA (NJV) |
| Plaintiff, | ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM |
| v. | |
| HELEN THORNTON, et al., | |
| Defendants. | |

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the person of TIO DINERO SESSOMS, inmate no. T54046, presently in custody at California State Prison, Sacramento, as the presence of said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required.

Dated: October 10, 2014

　　　　　　　　　　　　　　　　　　　　　　　　NANDOR J. VADAS
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:　　Warden, California State Prison, Sacramento

GREETINGS

WE COMMAND that you have and produce the body of TIO DINERO SESSOMS, inmate no. T54046, in your custody in the hereinabove-mentioned institution, before the United States District Court at Solano State Prison, on November 6, 2014, at 11:00 am., in order that said prisoner may then and there

1  participate in the SETTLEMENT CONFERENCE in the matter of Sessoms v. Thornton, et al, and at
2  the termination of said hearing return him forthwith to said hereinabove-mentioned institution, or abide
3  by such order of the above-entitled Court as shall thereafter be made concerning the custody of said
4  prisoner, and further to produce said prisoner at all times necessary until the termination of the
5  proceedings for which his testimony is required in this Court;

6      Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court
7  for the Northern District of California.

9  Dated: October 10, 2014

10      RICHARD WIEKING
    CLERK, UNITED STATES DISTRICT COURT

11  By: Linn Van Meter
12      Administrative Law Clerk

15  Dated: October 10, 2014

16  _____
    NANDOR J. VADAS
17      United States Magistrate Judge



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| TIO DINERO SESSOMS, | No. 3:13-CV-0714 WHA (NJV) |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| HELEN THORNTON, et al., | |
| Defendants. | |

I, the undersigned, hereby certify that on October 10, 2014, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Tio Dinero Sessoms
T-54046
California State Prison, Sacramento
P O Box 290066
Represa, CA 95671

Litigation Coordinator
California State Prison, Sacramento
PO Box 290027
Represa, CA 95671-0027

(by fax also)

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas

3