UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TIO DINERO SESSOMS,

    Plaintiff,

v.

HELEN THORNTON, et al.,

    Defendants.

Case No. 13-cv-00714-WHA (NJV)

**REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING**

    A settlement conference was held on November 6, 2014 at Solano State Prison, and the results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, and each possessed the requisite settlement authority:

    ( X ) Plaintiff

    (  ) Warden or warden's representative

    ( X ) Office of the California Attorney General

    (  ) Other:

(2) The following individuals, parties, and/or representatives did not appear:

_____

(3) The outcome of the proceeding was:

    (  ) The case has been completely settled. The parties agree that a proposed stipulated order for dismissal of this case will be filed with the Court on _____.

    (  ) The case has been partially resolved and counsel for defendants shall file a joint stipulation regarding those claims which have been resolved. The issues outlined on the sheet attached remain for this Court to resolve.

( X )  The parties were not able to reach an agreement but continue to discuss settlement.  A status conference is scheduled for December 9, 2014.  Parties are instructed to dial 888-684-8852 and enter access code 1868782 to make their appearances.  Defense counsel shall assist in facilitating Plaintiff's appearance.

**IT IS SO ORDERED.**

Dated: 11/24/14

_____
NANDOR J. VADAS
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIO DINERO SESSOMS,<br><br>     Plaintiff,<br><br>v.<br><br>HELEN THORNTON, et al.,<br><br>     Defendants. | Case No.  13-cv-00714-WHA   (NJV)<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 11/24/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Tio Dinero Sessoms ID: T-54046
P O Box 4000
Vacaville, CA 95696


Dated: 11/24/2014


Richard W. Wieking
Clerk, United States District Court

Gloria Knudson, Deputy Clerk to the
Honorable NANDOR J. VADAS

3