IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIO DINERO SESSOMS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>R.N. HELEN THORNTON; R.N. FRANCES SSEMPEBWA; DR. EDWARD BIRDSONG; DR. KUMAR; DR. POMPAN; DR. JOHN DOWBAK; DR. ELIZABETH B. SCHNEIDER; DR. T.W. WY; DR. BRIGHT; DR. A. ADAMS; G. ELLIS; RANDY GROUNDS,<br><br>　　　　Defendants | Nos.　C 13-0714 WHA (PR)<br><br>**ORDER REFERRING CASE TO FEDERAL PRO BONO PROJECT; DENYING MOTION FOR LEAVE TO AMEND; STAYING CASE**<br><br>(Docket No. 77) |

　　　　Plaintiff, a California prisoner proceeding pro se, filed this civil rights case under 42 U.S.C. 1983. The sole surviving claim is that Defendant Dr. Bright violated his Eighth Amendment rights by providing inadequate care for his knee. The case was referred for mediation proceedings, which have now been held. The case did not settle.

　　　　Good and just cause appearing, plaintiff is referred to the Federal Pro Bono Project for location and of pro bono counsel. Upon an attorney being located to represent plaintiff, that attorney shall be appointed as counsel for plaintiff in this matter until further order of the court. All proceedings in this action, except the service of defendants as ordered herein, are stayed until four weeks from the date an attorney is appointed to represent plaintiff in this action.

　　　　Plaintiff filed a motion for leave to file a second amended complaint to add claims against a new defendant. The proposed second amended complaint includes defendants who

have been granted summary judgment and who have been dismissed. Plaintiff concedes that he does not want to revive claims against them. The motion for leave to amend is **DENIED** without prejudice to filing a new motion with counsel after the stay ordered herein has been lifted.

IT IS SO ORDERED.

Dated: January   30  , 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE