IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIO DINERO SESSOMS,<br><br>    Plaintiff,<br><br>vs.<br><br>R.N. HELEN THORNTON; R.N. FRANCES SSEMPEBWA; DR. EDWARD BIRDSONG; DR. KUMAR; DR. POMPAN; DR. JOHN DOWBAK; DR. ELIZABETH B. SCHNEIDER; DR. T.W. WY; DR. BRIGHT; DR. A. ADAMS; G. ELLIS; RANDY GROUNDS,<br><br>    Defendants | Nos.   C 13-0714 WHA (PR)<br><br>**ORDER APPOINTING PRO BONO COUNSEL** |

    Plaintiff having been found in need of counsel to assist him in this matter, and counsel willing to be appointed to represent Plaintiff having been located,

    IT IS HEREBY ORDERED THAT: Thomas Weathers and the law firm of Vasquez, Estrada & Conway L.L.P., are appointed as counsel for plaintiff pursuant to 28 U.S.C. 1915(e)(1) and the court's Federal Pro Bono Project guidelines.

    Counsel shall be familiar with General Order No. 25 and the Federal Pro Bono Project Guidelines posted on the court's website at http://www.cand.uscourts.gov.

    Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties, by counsel, are hereby ordered to appear at a Case Management Conference before the undersigned on **May 7, 2015 at 11:00 a.m.** in Courtroom No. 9, 19th Floor, 450 Golden Gate Avenue, San Francisco, California, for the purpose of setting trial and pretrial dates. No later than **April 30, 2015**, the

parties shall file a joint case management statement pursuant to Civil Local Rule 16-9. Any request to reschedule the date of the conference must be made in writing upon a showing of good cause, preferably by stipulation, and not later than **April 27, 2015**.

The clerk shall add plaintiff's appointed counsel to the docket, and serve a copy of this order upon counsel for both parties.

IT IS SO ORDERED.

Dated: March   16   , 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2