IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIO DINERO SESSOMS,<br><br>    Plaintiff,<br><br>  vs.<br><br>R.N. HELEN THORNTON; R.N. FRANCES SSEMPEBWA; DR. EDWARD BIRDSONG; DR. KUMAR; DR. POMPAN; DR. JOHN DOWBAK; DR. ELIZABETH B. SCHNEIDER; DR. T.W. WY; DR. BRIGHT; DR. A. ADAMS; G. ELLIS; RANDY GROUNDS,<br><br>    Defendants<br>_____/ | Nos.   C 13-0714 WHA (PR)<br><br>**ORDER; INSTRUCTIONS TO CLERK** |

Good cause appearing, the Clerk shall remove the correspondence pertaining to the location and appointment of pro bono counsel the Federal Pro Bono Project (docket numbers 82-84) from the court's docket.

IT IS SO ORDERED.

Dated: April   9  , 2015.

                                          WILLIAM ALSUP
                                          UNITED STATES DISTRICT JUDGE