IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TIO DINERO SESSOMS,

    Plaintiff,

  v.

HELEN THORNTON, RN FRANCES SSEMPEBWA, DR. EDWARD BIRDSONG, DR. KUMAR, DR. POMPAN, DR. JOHN DOWBAK, DR. ELIZABETH B. SCHNEIDER, DR. T. W. WY, DR. BRIGHT, and A. ADAMS, M.D.,

    Defendant.

No. C 13-00714 WHA (PR)

**SECOND ORDER REFERRING CASE TO FEDERAL PRO BONO PROJECT AND ORDER RE DEADLINE**

This order follows the May 7 case management conference.

1. Defendants have until **JUNE 4 AT NOON**, to file their summary judgment motion.

2. Pro bono counsel Thomas Weathers stated that he wishes to be relieved as appointed pro bono counsel. Attorney Weathers shall please file a formal motion to withdraw by **MAY 13, 2015**. Civil L. R. 11-5(a).

3. In light of the upcoming withdrawal, for good and just cause appearing, plaintiff is hereby referred to the Federal Pro Bono Project for location of pro bono counsel. If and when pro bono counsel are appointed, the undersigned judge would grant a four-week extension of the deadline to respond to defendants' summary judgment motion. Again, defendants' motion is due by **JUNE 4 AT NOON** (no extensions). The undersigned judge would also consider a reasonable motion to extend or to continue deadlines (where good cause is shown) brought by new appointed pro bono counsel.

4. Plaintiff, however, is hereby put on notice that if the Federal Pro Bono Project is unsuccessful in locating pro bono counsel, plaintiff must be prepared to respond to defendants' motion for summary judgment.

**IT IS SO ORDERED.**

Dated: May 8, 2015.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE