1  THOMAS WEATHERS (SBN 171422)
   The Law Offices of Thomas Eagle Weathers
2  369-B 3rd St., #332
   San Rafael, CA 94901
3  Ph (415) 521-5473
   Fax (415) 510-2173
4  Email: tom@thomasweatherslaw.com
   Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TIO DINERO SESSOMS,<br><br>                              Plaintiff,<br><br>          v.<br><br>RN HELEN THORNTON; RN FRANCES SSEMPEBWA; DR. EDWARD BIRDSONG; DR. KUMAR; DR. POMPAN; DR. JOHN DOWBAK; DR. ELIZABETH B. SCHNEIDER; DR. T.W. WY; DR. BRIGHT; A. ADAMS, M.D;,<br><br>                              Defendants. | C13-0714 WHA (PR)<br><br>[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW<br><br>Date:<br>Time:<br>Courtroom:   8<br>Judge:       Hon. William H. Alsup<br><br>Action Filed: May 28, 2013 |

Pursuant to Civil L. R. 11-5(a) and this Court's Second Order Referring Case to Federal Pro Bono Project and Order re Deadline, plaintiff's attorney Thomas Weathers filed on May 8, 2015, a Motion to Withdraw as Pro Bono Attorney for Plaintiff. Good cause appearing,

IT IS HEREBY ORDERED that the Motion to Withdraw as Pro Bono Attorney for Plaintiff is hereby GRANTED. Mr. Weathers is relieved as counsel of record for plaintiff. Plaintiff is hereby referred to the Federal Pro Bono Project for location of new pro bono counsel.

1

[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW  (C13-0714 WHA (PR))

Attorney Weathers shall please work with any new appointed counsel to ensure a smooth transition.

IT IS SO ORDERED.

Date: May 8, 2015.

IT IS SO ORDERED AS MODIFIED

Judge William Alsup

2