United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIO DINERO SESSOMS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>R.N. HELEN THORNTON; R.N. FRANCES SSEMPEBWA; DR. EDWARD BIRDSONG; DR. KUMAR; DR. POMPAN; DR. JOHN DOWBAK; DR. ELIZABETH B. SCHNEIDER; DR. T.W. WY; DR. BRIGHT; DR. A. ADAMS; G. ELLIS; RANDY GROUNDS,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　／ | No. C 13-00714 WHA (PR)<br><br>**ORDER APPOINTING PRO BONO COUNSEL** |

　　　　Plaintiff, having been found in need of counsel to assist him in this matter, and counsel willing to be appointed to represent plaintiff having been located,

　　　　**IT IS HEREBY ORDERED THAT**:  Ivor Samson, Bonnie Lau, and Jessica Duggan, all of Dentons US LLP (525 Market Street, 26th Floor, San Francisco, CA, 94105), are appointed as counsel for plaintiff pursuant to 28 U.S.C. 1915(e)(1) and the Court's Federal Pro Bono Project guidelines.

　　　　Counsel shall be familiar with General Order No. 25 and the Federal Pro Bono Project Guidelines posted on the court's website at http://www.cand.uscourts.gov.

　　　　As stated in a previous order, defendants have until **JUNE 4 AT NOON**, to file their summary judgment motion and plaintiff shall receive a four-week extension to respond (Dkt. No. 91).

Plaintiff's opposition will thus be due on **JULY 16, 2015.** Defendant's reply is due **JULY 23, 2015**. A hearing on defendants' motion for summary judgment is hereby set for **EIGHT A.M. ON AUGUST 13, 2015**.

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties, by counsel, are also ordered to appear at a case management conference before the undersigned on **AUGUST 13, 2015, AT EIGHT A.M.** for the purpose of setting trial and other pretrial dates. No later than **AUGUST 6, 2015**, the parties shall file a joint case management statement pursuant to Civil Local Rule 16-9. Any request to reschedule the date of the conference must be made in writing upon a showing of good cause, preferably by stipulation, and not later than **AUGUST 3, 2015.**

**THE CLERK SHALL** add plaintiff's appointed counsel to the docket, and serve a copy of this order upon counsel for both parties.

**IT IS SO ORDERED.**

Dated: June 1, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE