1  IVOR SAMSON (State Bar No. 52767)
   ivor.samson@dentons.com
2  BONNIE LAU (State Bar No. 246188)
   bonnie.lau@dentons.com
3  JESSICA L. DUGGAN (State Bar No. 271703)
   jessica.duggan@dentons.com
4  DENTONS US LLP
   525 Market Street, 26th Floor
5  San Francisco, California  94105-2708
   Telephone:     (415) 882-5000
6  Facsimile:     (415) 882-0300

7  Attorneys for Plaintiff TIO DINERO SESSOMS

8  KAMALA D. HARRIS
   Attorney General of California
9  JOHN P. DEVINE
   Supervising Deputy Attorney General
10 SUSAN J. KAWALA (State Bar No. 178612)
   Susan.Kawala@doj.ca.gov
11 Deputy Attorney General
   455 Golden Gate Avenue, Suite 11000
12 San Francisco, CA 94102-7004
   Telephone:     (415) 703-5708
13 Facsimile:     (415) 703-5480

14 Attorneys for Defendant DARRIN BRIGHT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIO DINERO SESSOMS,<br><br>    Plaintiff,<br><br>    v.<br><br>R.N. HELEN THORNTON; R.N. FRANCES SSEMPEBWA; DR. EDWARD BIRDSONG; DR. KUMAR; DR. POMPAN; DR. JOHN DOWBAK; DR. ELIZABETH B. SCHNEIDER; DR. T.W. WY; DR. BRIGHT; DR. A. ADAMS; G. ELLIS; RANDY GROUNDS,<br><br>    Defendants. | Case No. CV 13-0714 WHA (PR)<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND SUMMARY JUDGMENT AND CASE MANAGEMENT DEADLINES** |

**STIPULATION**

Plaintiff Tio Dinero Sessoms and Defendant Darren Bright, by and through their undersigned counsel, respectfully request that the Court enter the following stipulation pursuant to Federal Rule of Civil Procedure 6(b) and Civil Local Rule 6-2 for a brief extension of (1) the opposition and reply brief deadlines and hearing date for Defendant's motion for summary judgment; and (2) the case management statement deadline and case management conference.

In support of this stipulation, the undersigned parties provide the following facts:

1. On May 5, 2015, this Court issued an order setting Defendants' deadline to file a motion for summary judgment on June 4, 2015. Due to the withdrawal of Plaintiff's former pro bono counsel, the Court referred the case to the Federal Pro Bono Project and granted Plaintiff a four-week extension of the deadline to respond. The order also stated that the Court "would also consider a reasonable motion to extend or to continue deadlines (where good cause is shown) brought by new appointed pro bono counsel." (Dkt. 91.)

2. On June 1, 2015, the Court appointed Ivor Samson, Bonnie Lau and Jessica Duggan, all of Dentons US LLP, as pro bono counsel for Plaintiff pursuant to 28 U.S.C. 1915(e)(1) and the Court's Federal Pro Bono Project guidelines. The Court set the briefing schedule on Defendants' motion for summary judgment as follows: Defendants' motion for summary judgment due on June 4, 2015; Plaintiff's opposition brief due on July 16, 2015; and Defendants' reply brief due on July 23, 2015. The Court scheduled the hearing on the motion for summary judgment on August 13, 2015 at 8:00 a.m. (Dkt. 96.)

3. The Court also ordered the parties to file a joint case management statement pursuant to Civil Local Rule 16-9 no later than August 6, 2015, and scheduled a case management conference on August 13, 2015 at 8:00 a.m. (Dkt. 96).

4. Defendant Bright filed a "Supplemental Motion for Summary Judgment" on June 4, 2015. (Dkt. 98.)

1    5.     Good cause exists to extend the opposition and reply deadlines and hearing date for Defendant Bright's Supplemental Motion for Summary Judgment, as well as the case management statement deadline and case management conference. Ms. Lau has a Federal Circuit appeal brief due on July 6 and a summary judgment motion due on July 8. Ms. Lau also has a previously-scheduled work trip to Japan from July 13-24 for an investigation in another matter. Ms. Duggan has a post-trial brief due on June 8 and closing arguments in that same trial on June 22. In addition, Ms. Duggan has previously-scheduled out-of-state family commitments from July 2-9 and July 30-August 3. Counsel for Defendant Bright, Susan Kawala, has a prepaid vacation from August 9-16, which conflicts with the current hearing date.

In light of the above facts, the parties jointly request that the Court briefly extend the summary judgment and case management deadlines, and enter the following stipulation as an Order of the Court:

A.    Plaintiff shall file his opposition brief by August 17, 2015.

B.    Defendant shall file his reply brief by August 24, 2015.

C.    The hearing on Defendant Bright's Supplemental Motion for Summary Judgment shall be on September 10, 2015 at 8:00 a.m.

D.    The case management conference shall be on September 10, 2015 at 8:00 a.m.

E.    The parties shall file a joint case management statement no later than September 3, 2015.

Dated: June 10, 2015                    Respectfully submitted,

                                        DENTONS US LLP


                                        BY:         /s/ *Bonnie Lau*
                                                    Bonnie Lau

                                        Attorneys for Plaintiff
                                        TIO DINERO SESSOMS

1                                     OFFICE OF THE ATTORNEY GENERAL

2

3                       BY:          /s/ *Susan J. Kawala*

4                                    Susan J. Kawala

5                     Attorneys for Defendant
                     DARREN BRIGHT

CASE No. CV13-00714 WHA (PR)     - 3 -    STIPULATION AND [PROPOSED] ORDER TO EXTEND SUMMARY JUDGMENT AND CASE MANAGEMENT DEADLINES

1 **~~PROPOSED~~ ORDER**

2       Pursuant to Stipulation and for good cause shown,

3       IT IS SO ORDERED.

4

5 Dated: June 15, 2015.

6                                                BY: _____
7                                                      Hon. William Alsup
                                                       United States District Judge