IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIO SESSOMS, | No. C 13-00714 WHA |
| Plaintiff, | |
| v. | **NOTICE RE OPPORTUNITIES FOR YOUNG ATTORNEYS** |
| HELEN THORNTON, ET AL., | |
| Defendants. | |

Counsel will please keep in mind the need to provide arguments and courtroom experience to the next generation of practitioners.  The Court will particularly welcome any lawyer with four or fewer years of experience to argue the upcoming motion.

Dated: November 4, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE