1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TIO DINERO SESSOMS,                                    No. C 13-00714 WHA

            Plaintiff,

    v.
                                                       **REQUEST FOR RESPONSE**
DR. DARRIN BRIGHT,                                     **RE TRIAL CONTINUANCE**

            Defendant.

_____/

        The Court is in receipt of plaintiff's unopposed motion for a continuance of the trial date.

Due to the issues surrounding Attorney Jessica Duggan's pregnancy, a continuance of the trial is

likely warranted.  By **NOON ON APRIL 15**, the parties shall submit a stipulation agreeing to two

possible trial dates in January or February of 2017.


        **IT IS SO ORDERED.**


Dated: April 11, 2016.                           _____

                                                 WILLIAM ALSUP
                                                 UNITED STATES DISTRICT JUDGE