| | |
|---|---|
| IVOR SAMSON (State Bar No. 52767)<br>ivor.samson@dentons.com<br>BONNIE LAU (State Bar No. 246188)<br>bonnie.lau@dentons.com<br>JESSICA L. DUGGAN (State Bar No. 271703)<br>jessica.duggan@dentons.com<br>DENTONS US LLP<br>525 Market Street, 26th Floor<br>San Francisco, California 94105-2708<br>Telephone:  (415) 882-5000<br>Facsimile:  (415) 882-0300<br><br>Attorneys for Plaintiff TIO DINERO SESSOMS | KAMALA D. HARRIS<br>Attorney General of California<br>JOHN P. DEVINE<br>Supervising Deputy Attorney General<br>SUSAN J. KAWALA<br>Deputy Attorney General<br>State Bar No. 178612<br> 455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA  94102-7004<br>Telephone:  (415) 703-5708<br>Fax: (415) 703-5480<br>Email:  Susan.Kawala@doj.ca.gov<br>*Attorneys for Defendant Darrin Bright* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIO DINERO SESSOMS,<br><br>                                Plaintiff,<br>     v.<br><br>R.N. HELEN THORNTON; R.N. FRANCES SSEMPEBWA; DR. EDWARD BIRDSONG; DR. KUMAR; DR. POMPAN; DR. JOHN DOWBAK; DR. ELIZABETH B. SCHNEIDER; DR. T.W. WY; DR. BRIGHT; DR. A. ADAMS; G. ELLIS; RANDY GROUNDS,<br><br>                                Defendants. | Case No. CV 13-0714 WHA (PR)<br><br>**STIPULATION AND ORDER RE CONTINUATION OF TRIAL DATE**<br><br>Date: Under submission per Order dated 4/11/16<br><br>Judge: The Honorable William Alsup<br>Trial Date: May 31, 2016<br>Action Filed: May 28, 2013 |

**THE PARTIES HEREBY STIPULATE** that the following two dates, listed in order of preference, are mutually agreeable dates to commence the trial in this matter:

    1. February 13, 2017

    2. February 27, 2017.

The parties are currently meeting and conferring in an attempt to reach an agreed pretrial schedule and, if an agreement can be reached, the parties will provide the Court with a stipulation as to those dates promptly.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: April 13, 2016         OFFICE OF ATTORNEY GENERAL OF CALIFORNIA

By _____/s/ *Susan J. Kawala*_____
　　　　　　SUSAN J. KAWALA

Attorneys for Defendant DR. BRIGHT

Dated: April 13, 2016         DENTONS US LLP

By _____/s/ *Bonnie Lau*_____
　　　　　　BONNIE LAU

Attorneys for Plaintiff TIO DINERO SESSOMS

**CERTIFICATION**

I, Susan J. Kawala, am the ECF User whose identification and password are being used to file the foregoing **STIPULATION AND ORDER RE CONTINUATION OF TRIAL DATE.** In compliance with General Order 45.X.B., I hereby attest that counsel for Plaintiff concurred in this filing.

Dated: April 13, 2016

BY: _____/s/ *Susan J. Kawala*_____
　　　　　　Susan J. Kawala

## ORDER RE CONTINUANCE OF TRIAL DATE

Pursuant to the above stipulation, the trial date in the matter of *Sessoms v. Thornton, et al.*, U.S.D.C. Northern District of California Case No. CV 13-0714 WHA (PR) is hereby continued to __February 13_____, 2017.

Date:  April 14, 2016.



_____
HONORABLE WILLIAM H. ALSUP
UNITED STATES DISTRICT COURT JUDGE

96213176\V-2