1

2

3                   IN THE UNITED STATES DISTRICT COURT

4

5                FOR THE NORTHERN DISTRICT OF CALIFORNIA

6

7    TIO DINERO SESSOMS,                        No. C 13-00714 WHA

8              Plaintiff,

9      v.

10   DR. DARRIN BRIGHT,                         **ORDER RE PLAINTIFF'S**
                                                **PROPOSED SCHEDULE**
11            Defendant.

12   _____/

13        In this prisoner civil rights case, in which plaintiff is represented by pro bono counsel, an

14   order denied defendant's motion for summary judgment in December 2015.  At that time, a

15   second case management order issued, setting a trial date of May 31, 2016.  Seven weeks before

16   trial, plaintiff filed a motion to continue the trial date to February 2017.  The reason given was

17   that lead plaintiff's counsel (a junior lawyer) was having complications with her pregnancy and

18   would not be able to try the case this May.  Accordingly, an order granted the trial continuance.

19        Now, having already delayed the trial by several months, plaintiff moves to completely

20   reopen discovery and set a new case management schedule with new dates for amendment of

21   pleadings, fact discovery, initial disclosures, and dispositive motions.  It is far too late in the case

22   to hit the reset button and plaintiff has not shown good cause to amend the operative scheduling

23   order.  The only reason we are not beginning trial this month is because of plaintiff's counsel's

24   medical issues.  Accordingly, plaintiff's motion to set a new scheduling order and reopen

25   discovery is **DENIED**.

26        **IT IS SO ORDERED.**

27   Dated: May 13, 2016.                       _____

28                                              WILLIAM ALSUP
                                               UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California