IVOR SAMSON (State Bar No. 52767)
ivor.samson@dentons.com
BONNIE LAU (State Bar No. 246188)
bonnie.lau@dentons.com
JESSICA L. DUGGAN (State Bar No. 271703)
jessica.duggan@dentons.com
DENTONS US LLP
One Market, Spear Tower, 24th Floor
San Francisco, California 94105-1101
Telephone:   (415) 267-4000
Facsimile:   (415) 267-4198

Attorneys for Plaintiff TIO DINERO SESSOMS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIO DINERO SESSOMS,<br><br>    Plaintiff,<br><br>    v.<br><br>R.N. HELEN THORNTON; R.N. FRANCES SSEMPEBWA; DR. EDWARD BIRDSONG; DR. KUMAR; DR. POMPAN; DR. JOHN DOWBAK; DR. ELIZABETH B. SCHNEIDER; DR. T.W. WY; DR. BRIGHT; DR. A. ADAMS; G. ELLIS; RANDY GROUNDS,<br><br>    Defendants. | Case No. CV 13-0714 WHA (PR)<br><br>**[PROPOSED] ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT TIO DINERO SESSOMS, CDCR # X1724067, PLAINTIFF**<br><br>Judge: The Honorable William Alsup<br>Trial Date: February 13, 2017<br>Action Filed: May 28, 2013 |

**TIO DINERO SESSOMS**, inmate, **CDCR # X1724067**, a necessary and material witness on his own behalf in proceedings in this case on Monday, February 13, 2017, is confined at Sacramento County Main Jail, Sacramento County Sherriff's Department, 651 I Street, Sacramento, CA 95814, in the custody of the Warden. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before United States District Court Judge William Alsup at the United States Courthouse, 450 Golden Gate, San Francisco, California 94102, in Courtroom No. 8, 19th Floor, on February 13, 2017, at 7:00 a.m, and from day to day until completion of the proceedings, or as ordered by the court.

**ACCORDINGLY, IT IS ORDERED that:**

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the custodian of the correctional facility to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the Sacramento County Main Jail, 651 I Street, Sacramento, CA 95814 and the Sacramento County Sherriff's Department 711 G Street, Sacramento, CA 95814, or to such other correctional facility in which plaintiff may be housed during his trial.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

To**: The Warden**, Sacramento County Main Jail, Sacramento County Sherriff's Department, 651 I Street, Sacramento, CA 95814:

CASE NO. CV13-00714 WHA (PR)     - 1 -     [PROPOSED] ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**WE COMMAND** you to produce the inmate named above to testify before the United States District Court for the Northern District of California, San Francisco Division, on Monday, February 13, 2017, at 7:00 a.m, and from day to day until completion of the proceedings, or as ordered by the court; and thereafter to return the inmate to the above institution. **The inmate's legal property relevant to this case shall accompany the inmate to court.**

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: January __27__, 2017

_____
HONORABLE WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

CASE NO. CV13-00714 WHA (PR)        - 2 -        [PROPOSED] ORDER AND WRIT OF
                                                 HABEAS CORPUS
                                                 AD TESTIFICANDUM